■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CABA, Appellant. [801 NYS2d 153]—Judgment, Supreme Court, Bronx County (John P. Collins, J.), rendered April 29, 2004, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, and imposing, inter alia, a DNA databank fee of $50, unanimously modified, on the law, to the extent of vacating the DNA databank fee, and otherwise affirmed.

As the People concede, since the crime was committed prior to the effective date of the legislation (Penal Law § 60.35 [1] [a] [v] [former (1) (e)]) providing for the imposition of a DNA databank fee, that fee should not have been imposed. Concur—Friedman, J.P., Sullivan, Nardelli, Gonzalez and Sweeny, JJ.